```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SHEET   )    NO.  C 05 1130 CW
    METAL WORKERS, et al.,           )
12                                   )    ORDER TO CONTINUE CASE
                       Plaintiffs,   )    MANAGEMENT CONFERENCE
13                                   )
             vs.                     )
14                                   )
    SAN MATEO SHEET METAL INC., etc.,)
15                                   )
                       Defendant.    )
16  _____)
17          IT IS ORDERED that the Case Management Conference in this
18  case set for August 12, 2005 be continued to November 4, 2005 at
19  1:30 p.m. in Courtroom 2, 1301 Clay Street, Oakland, CA 94612.
20  Dated:___8/9/05_____
    _____
21                                 /s/ CLAUDIA WILKEN
22
23
24                              Honorable Claudia Wilken
25
26
27
28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
```