```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 05 1130 CW
    WORKERS, et al.,                     )
12                                       )   ORDER TO CONTINUE CASE
                          Plaintiffs,    )   MANAGEMENT CONFERENCE
13                                       )
              vs.                        )
14                                       )
    SAN MATEO SHEET METAL INC., etc.,    )
15                                       )
                          Defendant.     )
16  _____)

17          IT IS ORDERED that the Case Management Conference in this

18  case set for November 4, 2005 be continued to January 6, 2006 at 1:30

19  p.m. in Courtroom 2, 1301 Clay Street, Oakland, CA 94612.

20  Dated:__11/2/05_____          _____
                                           Honorable Claudia Wilken
21
```



```
    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
```